# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

PASCAL T.,

                                        **Plaintiff,**

     **vs.**                                                  **5:17-CV-01347**
                                                                **(MAD)**

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*

                                        **Defendant.**
_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is **AFFIRMED** and
Plaintiff's complaint **DISMISSED**; and the Court further **ORDERS** that the Clerk of the Court
shall enter judgment in the Commissioner's favor and close this case, all of the above pursuant to
the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the
24th day of January, 2019.

DATED: January 24, 2019

_____
Clerk of Court

                                        s/Britney Norton
                                        _____
                                        Britney Norton
                                        Deputy Clerk